UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| TENNESSEE CLEAN WATER NETWORK, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) No. 3:05-CV-214 ) (Varlan/Guyton) |
| GALE A. NORTON, et al., | ) ) |
| Defendants. | ) |

### MEMORANDUM AND ORDER

This matter came before the undersigned for a telephone conference on July 8, 2005. Participating on behalf of the plaintiffs were attorneys Mary M. Mastin and Laura Keller. Participating on behalf of the defendants were attorneys Suzanne Bauknight and Pamela Steele.

The defendants sought a discovery conference with the undersigned regarding two depositions which the plaintiffs noticed for July 14, 2005. After discussing the issue, the plaintiffs agreed to withdraw the subpoenas for these depositions, and the Court granted the plaintiffs leave to file a motion to take discovery in this matter.

Accordingly, the subpoenas issued by the plaintiffs for depositions on July 14, 2005 are hereby **WITHDRAWN**. The plaintiffs are hereby **GRANTED** leave to file a motion to take

discovery in this matter. The plaintiffs shall have leave to re-file the withdrawn subpoenas should the Court determine that the plaintiffs are entitled to take discovery in this case.

**IT IS SO ORDERED.**

                        **ENTER:**

                              s/ H. Bruce Guyton
                        United States Magistrate Judge