UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| TENNESSEE CLEAN WATER NETWORK, et al., ) ) ) | |
| Plaintiffs, ) ) | |
| v.                                   ) ) | No. 3:05-CV-214 (VARLAN/GUYTON) |
| GALE A. NORTON, et al., ) ) | |
| Defendants.                   ) | |

## MEMORANDUM AND ORDER

The plaintiffs have filed a motion [Doc. 72] to take the deposition of Wilfred Klimas and have filed a notice [Doc. 73], setting the subject deposition for July 19, 2005. The plaintiffs have requested an expedited briefing schedule, presumably to seek a decision before the date noticed for the deposition. [Doc. 72]. The defendants oppose the plaintiffs' request for an expedited briefing schedule, but in the alternative request until July 22, 2005 to file a response to the plaintiffs' motion. [Doc. 77].

For good cause shown, it is **ORDERED** that the defendants file their response to the plaintiffs' motion [Doc. 72] on or before **July 22, 2005**. The Court will conduct a hearing on the

plaintiffs' motion [Doc. 72] on **July 26, 2005 at 3:00 p.m.**  The notice [Doc. 73] setting the deposition of Wilfred Klimas for July 19, 2005 therefore shall be of no effect.

    **IT IS SO ORDERED.**

    ENTER:

    <u>s/ H. Bruce Guyton</u>
    United States Magistrate Judge